IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Daniell Hoffman,                          :
                    Petitioner            :
                                          :
        v.                                :        No. 757 C.D. 2016
                                          :
Unemployment Compensation                 :
Board of Review,                          :
                    Respondent            :

# **O R D E R**

NOW, January 23, 2017, upon consideration of petitioner's application for reargument *en banc*, the application is denied.

MARY HANNAH LEAVITT,
President Judge